IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal Case No. 1:20-cr-63 |
| v. | ) | |
| | ) | |
| NESTOR DIAZ JURACAN, | ) | |
| Defendant. | ) | |
| | ) | |

## STATEMENT OF FACTS

The United States of America and the defendant, NESTOR DIAZ JURACAN, hereby stipulate and agree that had this matter proceeded to trial, the United States would have proven the following facts, among others, beyond a reasonable doubt with admissible, credible evidence:

1. The defendant is a native and citizen of Guatemala, and he has no valid claim to either United States citizenship or to any lawful status in the United States.

2. The defendant was removed from the United States on or about April 4, 2018, from at or near Alexandria, Louisiana, pursuant to a valid final order of removal.

3. Following his removal, the defendant voluntarily and illegally reentered the United States.

4. On or about December 10, 2019, Immigration and Customs Enforcement officers encountered the defendant, who was being held on local charges, at the Prince William-Manassas Adult Detention Center, within the Eastern District of Virginia.

5. On or about February 12, 2020, the defendant was arrested by Immigration and Customs Enforcement officers.

6. At no time, either prior to his re-entry into the United States following his removal or thereafter, did the defendant seek or obtain the consent of the Attorney General of the United

States or the Secretary of the Department of Homeland Security to reenter the United States or reapply for admission to the United States.

7. This statement of facts includes those facts necessary to support the defendant's plea of guilty to the charges listed in the indictment in this case. It does not include each and every fact known to the defendant or to the United States, and is not intended to be a full enumeration of all of the facts surrounding the defendant's case.

8. The actions of the defendant, as recounted above, were in all respects knowing and deliberate, and were not committed by mistake, accident, or other innocent reason.

Respectfully Submitted,

G. Zachary Terwilliger
United States Attorney

Date: 3/11/20

By: _____
Seth Schlessinger
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3700
Fax: (703) 299-3980

2

Defendant's Stipulation and Signature: After consulting with my attorney I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proven the same beyond a reasonable doubt.

Date: 03/11/2020

Nestor Diaz Juracan
Defendant

Defense Counsel's Signature: I am the attorney for the defendant, Nestor Diaz Juracan, in this case. I have carefully reviewed the above Statement of Facts with him. To my knowledge, his decision to stipulate to these facts is informed and voluntary.

Date: 3/11/20

Ann Mason Rigby
Counsel for the Defendant